IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
02 JUN 20 PM 1:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| DONNA M. FOSTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action Number |
| | ) ~~99-C-1151-W~~ |
| NEUROLOGY CLINIC, P.C., | ) CV-00-C-1866-W |
| Defendant. | ) |

ENTERED
JUN 20 2002

## FINAL JUDGMENT

Based on the Special Verdict of the Jury, FINAL JUDGMENT is hereby entered in favor of Defendant NEUROLOGY CLINIC, P.C. and against Plaintiff DONNA M. FOSTER. Plaintiff shall have and recover nothing of Defendant.

The costs of this action are taxed as paid.

Done this 20th day of June, 2002.

_____
Chief United States District Judge
U.W. Clemon

63